# Exhibit A

TITLE: FUMOI PET (@cattocrate) | TikTok
URL: https://www.tiktok.com/@cattocrate?is_from_webapp=1&sender_device=pc
DOMAIN: www.tiktok.com
DATE ACCESSED: 17 June 2026



TITLE: FUMOI PET (@cattocrate) | TikTok
URL: https://www.tiktok.com/@cattocrate?is_from_webapp=1&sender_device=pc
DOMAIN: www.tiktok.com
DATE ACCESSED: 17 June 2026



TITLE: FUMOI PET (@cattocrate) | TikTok
URL: https://www.tiktok.com/@cattocrate?is_from_webapp=1&sender_device=pc
DOMAIN: www.tiktok.com
DATE ACCESSED: 17 June 2026



Captured by FireShot Pro: 17 June 2026, 05:07:36 PM
https://getfireshot.com

TITLE: FUMOI PET (@cattocrate) | TikTok
URL: https://www.tiktok.com/@cattocrate?is_from_webapp=1&sender_device=pc
DOMAIN: www.tiktok.com
DATE ACCESSED: 17 June 2026



Captured by FireShot Pro: 17 June 2026, 05:07:36 PM
https://getfireshot.com

TITLE: FUMOI PET (@cattocrate) | TikTok
URL: https://www.tiktok.com/@cattocrate?is_from_webapp=1&sender_device=pc
DOMAIN: www.tiktok.com
DATE ACCESSED: 17 June 2026



TITLE: FUMOI PET (@cattocrate) | TikTok
URL: https://www.tiktok.com/@cattocrate?is_from_webapp=1&sender_device=pc
DOMAIN: www.tiktok.com
DATE ACCESSED: 17 June 2026



TITLE: FUMOI PET (@cattocrate) | TikTok
URL: https://www.tiktok.com/@cattocrate?is_from_webapp=1&sender_device=pc
DOMAIN: www.tiktok.com
DATE ACCESSED: 17 June 2026



Captured by FireShot Pro: 17 June 2026, 05:07:36 PM
https://getfireshot.com

TITLE: FUMOI PET (@cattocrate) | TikTok
URL: https://www.tiktok.com/@cattocrate?is_from_webapp=1&sender_device=pc
DOMAIN: www.tiktok.com
DATE ACCESSED: 17 June 2026

     

     

     

     

   

     

     

Captured by FireShot Pro: 17 June 2026, 05:07:36 PM
https://getfireshot.com

TITLE: FUMOI PET (@cattocrate) | TikTok
URL: https://www.tiktok.com/@cattocrate?is_from_webapp=1&sender_device=pc
DOMAIN: www.tiktok.com
DATE ACCESSED: 17 June 2026

     
     
     
     
     
     
     

Captured by FireShot Pro: 17 June 2026, 05:07:36 PM
https://getfireshot.com

**TITLE: FUMOI PET (@cattocrate) | TikTok**
**URL: https://www.tiktok.com/@cattocrate?is_from_webapp=1&sender_device=pc**
**DOMAIN: www.tiktok.com**
**DATE ACCESSED: 17 June 2026**



Captured by FireShot Pro: 17 June 2026, 05:07:36 PM
https://getfireshot.com