# Exhibit B

TITLE: FUMOI (@fumoi.us) | TikTok
URL: https://www.tiktok.com/@fumoi.us?is_from_webapp=1&sender_device=pc
DOMAIN: www.tiktok.com
DATE ACCESSED: 17 June 2026



Captured by FireShot Pro: 17 June 2026, 05:16:44 PM
https://getfireshot.com

TITLE: FUMOI (@fumoi.us) | TikTok
URL: https://www.tiktok.com/@fumoi.us?is_from_webapp=1&sender_device=pc
DOMAIN: www.tiktok.com
DATE ACCESSED: 17 June 2026



TITLE: FUMOI (@fumoi.us) | TikTok
URL: https://www.tiktok.com/@fumoi.us?is_from_webapp=1&sender_device=pc
DOMAIN: www.tiktok.com
DATE ACCESSED: 17 June 2026



TITLE: FUMOI (@fumoi.us) | TikTok
URL: https://www.tiktok.com/@fumoi.us?is_from_webapp=1&sender_device=pc
DOMAIN: www.tiktok.com
DATE ACCESSED: 17 June 2026



Captured by FireShot Pro: 17 June 2026, 05:16:44 PM
https://getfireshot.com

TITLE: FUMOI (@fumoi.us) | TikTok
URL: https://www.tiktok.com/@fumoi.us?is_from_webapp=1&sender_device=pc
DOMAIN: www.tiktok.com
DATE ACCESSED: 17 June 2026



TITLE: FUMOI (@fumoi.us) | TikTok
URL: https://www.tiktok.com/@fumoi.us?is_from_webapp=1&sender_device=pc
DOMAIN: www.tiktok.com
DATE ACCESSED: 17 June 2026



Captured by FireShot Pro: 17 June 2026, 05:16:44 PM
https://getfireshot.com