# Exhibit C

TITLE: FUMOI Multi-Cat Automatic Litter Box, Open-Top Smart Self-Cleaning Tray with APP Control, Dual Safety Tech, Quieter Operation, WiFi Compatibility, Odor-Lock, 10.5L Sealed Waste Bin for Pet Lovers - TikTok Shop
URL: https://www.tiktok.com/view/product/1731907286577942675?_d=e25d8cc1mefb4l&_svg=3&checksum=b89dedcfaa74c2246befdb2824394f402acc...

DOMAIN: www.tiktok.com
DATE ACCESSED: 17 June 2026



Captured by FireShot Pro: 17 June 2026, 05:01:21 PM
https://getfireshot.com

TITLE: FUMOI Multi-Cat Automatic Litter Box, Open-Top Smart Self-Cleaning Tray with APP Control, Dual Safety Tech, Quieter Operation, WiFi Compatibility, Odor-Lock, 10.5L Sealed Waste Bin for Pet Lovers - TikTok Shop
URL: https://www.tiktok.com/view/product/1731907286577942675?_d=e25d8cc1mefb4l&_svg=3&checksum=b89dedcfaa74c2246befdb2824394f402acc...

DOMAIN: www.tiktok.com
DATE ACCESSED: 17 June 2026



**t\*\*t · Verified purchase**
US

⭐⭐⭐⭐⭐

This is one of the easiest to setup and use automatic cat litters. It even has an app that informs you went your cat uses it, how long it spent and its weight all at half the price as others. Pet likability: At first I was hesitant but after pointing my cat to it, it started using it. Scent: No smell, its all under it



Item: Grey

2026-01-21



**K\*\*y C\*\*l · Verified purchase**
US

⭐⭐⭐⭐⭐

I love my new automated kitty litter box. It is working as as described. I have no complaints. It's saving me from scooping and that's what I purchased it for now. Hopefully it will last longer than a year or so.



Item: Grey

2026-01-19



**R\*\*l A\*\*s · Verified purchase**
US

⭐⭐⭐⭐⭐

Enjoy the product it works fantastic took a little long for my cats get used to it but they did it was fast delivered excellent product I recommend this to a lot of people



Item: Grey

2026-01-15

← Previous  **1**  2  3  4  5  ...  10  Next →

## About this product

### Details ⌃

| | |
|---|---|
| Dangerous Goods Or Hazardous Materials | No |
| Feature | APP Control,automatic |
| Pet Size | Small |
| Pet Type | Cats |

### Product description ⌃

Captured by FireShot Pro: 17 June 2026, 05:01:21 PM
https://getfireshot.com

TITLE: FUMOI Multi-Cat Automatic Litter Box, Open-Top Smart Self-Cleaning Tray with APP Control, Dual Safety Tech, Quieter Operation, WiFi Compatibility, Odor-Lock, 10.5L Sealed Waste Bin for Pet Lovers - TikTok Shop
URL:
https://www.tiktok.com/view/product/1731907286577942675?_d=e25d8cc1mefb4l&_svg=3&checksum=b89dedcfaa74c2246befdb2824394f402acc...

DOMAIN: www.tiktok.com
DATE ACCESSED: 17 June 2026

FUMOI Multi-Cat Smart Self-Cleaning Litter Box

24-hour customer service: If you have any questions about our products, please feel free to contact our customer service and after-sales team at any time. We will do our best to resolve these issues within 24 hours.

One-year warranty: This product is covered by a one-year warranty service from the date of purchase.

Open-Top Comfort & Spacious Access- Generous 21.65"×20.47" entrance for happy cats- Wide, unobstructed space for a welcoming spot

Dual Safety Tech- 7 Sensors: 4 weight-activated sensors + 3 high-precision infrared detectors- Instant Protection: Pauses instantly at the first sign of cat proximity or movement- Double-layered Detection: Ensures zero risk of accidental operation

Smart APP Control- Remote Management: Activate auto-cleaning, schedule waste disposal, and track litter usage trends- Instant Alerts: Receive alerts for full bins- WiFi Compatibility: 2.4G WiFi for stable connectivity

**View more**

## Video ⌃



## Safety & compliance ⌃

**Seller info**
- Business name: Y- STOP INC
- Business address: 171 N Altadena Dr, Pasadena, California, 91107, The United States of America

**Shop review**

    

Captured by FireShot Pro: 17 June 2026, 05:01:21 PM
https://getfireshot.com

TITLE: FUMOI Multi-Cat Automatic Litter Box, Open-Top Smart Self-Cleaning Tray with APP Control, Dual Safety Tech, Quieter Operation, WiFi Compatibility, Odor-Lock, 10.5L Sealed Waste Bin for Pet Lovers - TikTok Shop
URL: https://www.tiktok.com/view/product/1731907286577942675?_d=e25d8cc1mefb4l&_svg=3&checksum=b89dedcfaa74c2246befdb2824394f402acc...

DOMAIN: www.tiktok.com
DATE ACCESSED: 17 June 2026


95L Automatic Self-Cleaning Cat Litter Box - App-Controlled, Safety...
4.9 ⭐⭐⭐⭐ | 78 sold
$239.99


If you're looking for a self cleaning litter box you need to g...**See more**


Automatic Cat Litter Box, 95 L Self Cleaning for Multiple Cats, with Safety...
4.6 ⭐⭐⭐⭐ | 99 sold
$239.99


Love it, super easy to hook up to the app and also uses the ...**See more**


FUMOI Automatic Self-Cleaning Litter Box for Multi-Cat Homes, Open-To...
4.5 ⭐⭐⭐⭐ | 4.6K sold
-48% $156.99 $299.98

This works great! Both my cats immediately started using....**See more**


Self-Cleaning Litter Box Replacement Liners for Litter Box Automatic,...
4.5 ⭐⭐⭐⭐ | 531 sold
-42% $34.67 $59.99


Great job A+. This works so good that my litter is clean and sta...**See more**


Cat Litter Bags - 40 Durable Drawstring Liners for Automatic Litter Boxes...
4.8 ⭐⭐⭐⭐ | 1.1K sold
$17.85


Me gusta mucho y también a mi gato el gusto es muy bueno

## Videos for this product


sierra_savage
♡ 728


Jabreel's journey with piezo2
♡ 259


FUMOI PET
♡ 39


AleLaParce
♡ 33


mama.dayy
♡ 30

## Explore more from FUMOI PET


Free shipping
Automatic Cat Litter Box, 95 L Self Cleaning for Multiple Cats, with Safety...
4.6 ⭐⭐⭐⭐ | 99 sold
$239.99


Free shipping
Self-Cleaning Litter Box Replacement Liners for Litter Box Automatic,...
4.8 ⭐⭐⭐⭐ | 531 sold
-42% $34.67 $59.99


Free shipping
Free Gift
Brush x1   Cat Litter Bags x2(40pcs)   Deodorant   Box x1   WaerProof Pad x1
FUMOI Automatic Self-Cleaning Litter Box for Multi-Cat Homes, Open-Top Auto...
4.5 ⭐⭐⭐⭐ | 4.6K sold
-48% $156.99 $299.98


Free shipping
Elevated Cat Litter Box Step Mat, Double Layer Anti Tracking Litter Catcher for...
11 sold
Limited time deal 11:58:12
-45% $32.99 $59.99


Free shipping
95L Automatic Self-Cleaning Cat Litter Box - App-Controlled, Safety...
4.9 ⭐⭐⭐⭐ | 78 sold
$239.99

## You may also like

Free shipping
LEVOIT ✓

Free shipping
Rocco & Roxie Supply Co. ✓

Free shipping
Meowant ✓

Free shipping
Lume Deodorant ✓

Free shipping
OmieLife ✓

TITLE: FUMOI Multi-Cat Automatic Litter Box, Open-Top Smart Self-Cleaning Tray with APP Control, Dual Safety Tech, Quieter Operation, WiFi Compatibility, Odor-Lock, 10.5L Sealed Waste Bin for Pet Lovers - TikTok Shop
URL: https://www.tiktok.com/view/product/1731907286577942675?_d=e25d8cc1mefb4l&_svg=3&checksum=b89dedcfaa74c2246befdb2824394f402acc...

DOMAIN: www.tiktok.com
DATE ACCESSED: 17 June 2026

Levoit Vital 100S High Performance Pet Air Purifier for Home Large Room (Up...
4.8 ★★★★★ | 7.8K sold
-16% $159.99 $189.99

Rocco & Roxie Stain & Odor Eliminator for Strong Odor, 32oz Enzyme Pet Odor...
4.6 ★★★★★ | 1.8K sold
$23.97

Meowant SC02 75L Large Smart Automatic Litter Box Enclosure - APP Control,...
4.4 ★★★★★ | 24.4K sold
$249.99

Cleanse & Control - Lume Deodorant TikTok Shops Exclusive - Aluminum Free...
4.5 ★★★★★ | 10.0K sold
$40.00

Omie Compact Leakproof Insulated Freezeable American Kids' Lunch Box ...
4.8 ★★★★★ | 50.1K sold
$49.95







Meowant ✓
Meowant Plastic Litter Box Liners - Thick Drawstring Receptacles, Compatible...
4.6 ★★★★★ | 3.2K sold
-23% $19.99 $25.99

WOOF Pupsicle Interactive Dog Treat Toy, Low-Mess, Refillable, Easy Clean Treat...
4.7 ★★★★★ | 7.3K sold
$24.98

AISOON 10/14 Pack Fridge Organizer Bins with Lids, With a Pull-out Large...
4.6 ★★★★★ | 8.9K sold
-59% $28.99 $69.99

【Geoorood】Geoorood XXL Cat Litter Box Stainless Steel 20L with Lid, XL Larg...
4.8 ★★★★★ | 36.2K sold
⚡ Flash sale 02:59:10
-48% $46.98 $89.98

Meowant ✓
Meowant SC01 57.6L Automatic Litter Box - Self-Cleaning Litter Box, Odor-...
4.6 ★★★★★ | 12.9K sold
$269.90






eufyOfficial ✓
eufy C20 Omni Robot Vacuum, Robot Vacuum and Mop Combo, Self Emptyin...
4.3 ★★★★★ | 5.0K sold
$699.99

PETLIBRO-US ✓
PETLIBRO Dockstream 2 Cat Water Fountain Cordless Battery Operated 3L 101oz...
4.6 ★★★★★ | 4.9K sold
-30% $20.99 $29.99

Steambot Steam Cleaner With High Pressure Steam, 2L Large Water Tank, 30...
4.4 ★★★★★ | 37.3K sold
⚡ Flash sale 02:59:10
$189.90

FEPPO Vacuum Sealer for Food with Visual Water Storage Tank, Handheld...
4.7 ★★★★★ | 21.4K sold
⚡ Flash sale 02:59:10
-66% $19.99 $57.99

Tuft & Paw ✓
Really Great Cat Litter - Tofu Litter, Flushable, 99% Dust-Free, Clumping
4.6 ★★★★★ | 6.3K sold
$29.00








PetPivot ✓
AutoScooper 11 PetPivot Cat Litter Box Pad, Waterproof & Scratch-...
4.8 ★★★★★ | 15.9K sold
-44% $49.99 $89.99

Geoorood Cat Water Fountain – 304 Stainless Steel Top, 3.2L Large...
4.7 ★★★★★ | 12.5K sold
⚡ Flash sale 02:59:10
-50% $24.98 $49.99

PrettyLitter Orig. Unscented
4.7 ★★★★★ | 3.5K sold
$29.99

OmieLife ✓
OmieBox UP Kids' Insulated Plastic Lunch Box Set with 12 oz Stainless Steel...
4.8 ★★★★★ | 17.5K sold
$49.95

Automatic Soap Dispenser, 12oz Touchless Foaming Soap Dispenser, USB...
4.5 ★★★★★ | 9.6K sold
-47% $23.99 $44.99







Captured by FireShot Pro: 17 June 2026, 05:01:21 PM
https://getfireshot.com

TITLE: FUMOI Multi-Cat Automatic Litter Box, Open-Top Smart Self-Cleaning Tray with APP Control, Dual Safety Tech, Quieter Operation, WiFi Compatibility, Odor-Lock, 10.5L Sealed Waste Bin for Pet Lovers - TikTok Shop
URL:
https://www.tiktok.com/view/product/1731907286577942675?_d=e25d8cc1mefb4l&_svg=3&checksum=b89dedcfaa74c2246befdb2824394f402acc...

DOMAIN: www.tiktok.com
DATE ACCESSED: 17 June 2026

Phueut 1800W High-Pressure Steam Mop Cleaner - 1.5L Tank, 28...
4.4 ★★★★ 23.4K sold
-66% $101.99 $299.99

DreameUS ✓
DREAME G10 Pro Elite Wet Dry Vacuum Cleaner, Cordless Vacuum Mop All i...
4.5 ★★★★ 41.4K sold
-23% $229.99 $299.99

Petcove Purrtek Lite | Safe Automatic Self Cleaning Cat Litter Box Auto Scooping ...
4.4 ★★★★ 2.2K sold
$249.99

HOOMIC 65in Multi-Level Large Cat Tree Tower for Indoor Cats/Furniture...
4.7 ★★★★ 3.1K sold
$169.99

Geoorood Dog Grooming Vacuum Kit with 13000Pa Suction Power & 2.2L Dust...
4.7 ★★★★ 22.6K sold
-54% $59.98 $129.98



Cat Odor-Off Concentrate Odor Eliminator – for Pet Urine Odor, Tomcat Spray,...
4.5 ★★★★ 8.0K sold
$28.94




Meowant ✓
Meowant SC02 75L Large Automatic Litter Box - Self-Cleaning Litter Boxes, APP...
4.5 ★★★★ 971 sold
$284.99

Captured by FireShot Pro: 17 June 2026, 05:01:21 PM
https://getfireshot.com