# Exhibit D

TITLE: FUMOI Smart Automatic Self-Cleaning Litter Box for Multiple Cats - APP Control, Safety Sensors, Odor-Lock Design, 10.5L Bin (2.4G WiFi Only) | Self-Cleaning Litter Boxes for Cat Owners, Automatic Litter Box - TikTok Shop
URL: https://www.tiktok.com/view/product/1731907279527580545?_d=e25d8cc1mefb4l&_svg=3&checksum=eb4cfa48aa2152790636c943eb40aa1fc58...

DOMAIN: www.tiktok.com
DATE ACCESSED: 17 June 2026



Captured by FireShot Pro: 17 June 2026, 05:19:48 PM
https://getfireshot.com

TITLE: FUMOI Smart Automatic Self-Cleaning Litter Box for Multiple Cats - APP Control, Safety Sensors, Odor-Lock Design, 10.5L Bin (2.4G WiFi Only) | Self-Cleaning Litter Boxes for Cat Owners, Automatic Litter Box - TikTok Shop
URL:
https://www.tiktok.com/view/product/1731907279527580545?_d=e25d8cc1mefb4l&_svg=3&checksum=eb4cfa48aa2152790636c943eb40aa1fc58...

DOMAIN: www.tiktok.com
DATE ACCESSED: 17 June 2026

Item: Gray

2026-05-03

 

**A\*\*s** · Verified purchase
US

★★☆☆☆

-My cats didn't have any qualms about using it. -We appreciate that it isn't stinky like a regular litter box. -I need to reset it at least once a day. -I need to remove the drum about every other day. -It doesn't clean as often as it should. -It makes a mess. -Sensors stop it unnecessarily.

  

Item: Gray

2026-03-17



**E\*\*z** · Verified purchase
US

★★★★☆

Pretty easy to put together and connect! I just set it up today so too soon to tell if my cats like it but I'm excited to see how it goes! My sister wanted me to put on manual due to her fear of one of the cats getting stuck inside. You can switch between automatic and manual I really like that feature. I use pine pellets and it does a really good job at separating it when cleaning! I love how the app notifications work telling you when it's cleaning and keep a log of when it finishes and starts

   

   

Item: Gray

2026-06-17

← Previous  **1**  2  3  4  5  …  767  Next →

## About this product

**Details** ⌃

| | |
|---|---|
| Dangerous Goods Or Hazardous Materials | No |
| Feature | APP Control |
| Pet Size | Small |
| Pet Type | Cats |
| Material | Plastic |

**Product description** ⌃

24-hour customer service: If you have any questions about our products, please feel free to contact our customer service and after-sales team at any time. We will do our best to resolve these issues within 24 hours.

Captured by FireShot Pro: 17 June 2026, 05:19:48 PM
https://getfireshot.com

TITLE: FUMOI Smart Automatic Self-Cleaning Litter Box for Multiple Cats - APP Control, Safety Sensors, Odor-Lock Design, 10.5L Bin (2.4G WiFi Only) | Self-Cleaning Litter Boxes for Cat Owners, Automatic Litter Box - TikTok Shop
URL:
https://www.tiktok.com/view/product/1731907279527580545?_d=e25d8cc1mefb4l&_svg=3&checksum=eb4cfa48aa2152790636c943eb40aa1fc58...

DOMAIN: www.tiktok.com
DATE ACCESSED: 17 June 2026

One-year warranty: This product is covered by a one-year warranty service from the date of purchase.



**View more**

## Video



## Safety & compliance

**Seller info**
- Business name: Guangzhou Buxiaode International Trade Co., Ltd
- Business address: Room B3460, 3rd Floor, No. 6 Lingshan East Road, Tianhe District, Guangzhou (Office only), Guangzhou, Guangdong, China

**Shop review**



Self Cleaning Litter Box,Large Capacity Automatic Cat Litter Box Self Cleaning for Multipl...
4.5 ★★★★☆ | 53 sold
$239.99

As I expected, it works perfectly. Easy to operate and the cats did...**See more**

Heavy-Duty Drawstring Cat Litter Bags, Litter Tray Liners for Automatic/Self-Cleaning...
4.7 ★★★★☆ | 2.2K sold
$15.99

So happy I found refill bags to go with my FUMOI automatic cat litter box!

Captured by FireShot Pro: 17 June 2026, 05:19:48 PM
https://getfireshot.com

TITLE: FUMOI Smart Automatic Self-Cleaning Litter Box for Multiple Cats - APP Control, Safety Sensors, Odor-Lock Design, 10.5L Bin (2.4G WiFi Only) | Self-Cleaning Litter Boxes for Cat Owners, Automatic Litter Box - TikTok Shop
URL: https://www.tiktok.com/view/product/1731907279527580545?_d=e25d8cc1mefb4l&_svg=3&checksum=eb4cfa48aa2152790636c943eb40aa1fc58...

DOMAIN: www.tiktok.com
DATE ACCESSED: 17 June 2026

### Videos for this product

    

 Ty ♡ 321.4K

 Braviana 🐖 ♡ 117.9K

 Gimbles & Dorm ♡ 39.1K

Garrett Wyatt ♡ 21.9K

Poor For Dummies ♡ 15.7K

### Explore more from FUMOI


Soft Leakproof EVA Cat Litter Mat, Double-Layer Honeycomb Design Trapper, Easy-Clean...
4.3 ⭐⭐⭐⭐ | 250 sold
$18.99


Heavy-Duty Drawstring Cat Litter Bags, Litter Tray Liners for Automatic/Self-Cleaning...
4.7 ⭐⭐⭐⭐⭐ | 2.2K sold
$15.99


Automatic Self-Cleaning Open-Top Litter Box for Multi-Cat Homes, APP Control,...
4.2 ⭐⭐⭐⭐ | 587 sold
-50% $149.99 $299.98


Automatic Cat Toy with Speedy Tail - Automatic Rolling Ball, Durable...
3.7 ⭐⭐⭐ | 560 sold
-68% $12.99 $39.99


Self Cleaning Litter Box,Large Capacity Automatic Cat Litter Box Self Cleaning for Multipl...
4.5 ⭐⭐⭐⭐⭐ | 53 sold
$239.99

### You may also like


LEVOIT ✔
Levoit Vital 100S High Performance Pet Air Purifier for Home Large Room (Up to 111...
4.8 ⭐⭐⭐⭐⭐ | 7.8K sold
-16% $159.99 $189.99


Meowant ✔
Meowant SC02 75L Large Smart Automatic Litter Box Enclosure - APP Control, Self...
4.4 ⭐⭐⭐⭐ | 24.4K sold
$249.99


Lesure Pet ✔
LESURE Cute Cat Beds for Indoor Cats - 2 in 1 Cat Cave Bed with Removable Washabl...
4.9 ⭐⭐⭐⭐⭐ | 1.1K sold
$43.99


VEKEN ✔
【DEALS FOR YOU】Veken Innovation Award Winner Stainless Steel Cat Water...
4.8 ⭐⭐⭐⭐⭐ | 936 sold
⚡Flash sale 02:42:21
$55.99


OmieLife ✔
Omie Compact Leakproof Insulated Freezeable American Kids' Lunch Box - 3-...
4.8 ⭐⭐⭐⭐⭐ | 50.1K sold
$49.95

    

TITLE: FUMOI Smart Automatic Self-Cleaning Litter Box for Multiple Cats - APP Control, Safety Sensors, Odor-Lock Design, 10.5L Bin (2.4G WiFi Only) | Self-Cleaning Litter Boxes for Cat Owners, Automatic Litter Box - TikTok Shop
URL: https://www.tiktok.com/view/product/1731907279527580545?_d=e25d8cc1mefb4l&_svg=3&checksum=eb4cfa48aa2152790636c943eb40aa1fc58...

DOMAIN: www.tiktok.com
DATE ACCESSED: 17 June 2026



**Meowant** ✔
Meowant Plastic Litter Box Liners - Thick Drawstring Receptacles, Compatible wit...
4.6 ★★★★★ | 3.2K sold
-23% $19.99 $25.99

AISOON 10/14 Pack Fridge Organizer Bins with Lids,With a Pull-out Large Drawer, BPA-...
4.5 ★★★★★ | 8.9K sold
-59% $28.99 $69.99


【Geoorood】Geoorood XXL Cat Litter Box Stainless Steel 20L with Lid, XL Large Metal...
4.8 ★★★★★ | 36.2K sold
⚡ Flash sale 02:42:20
-48% $46.98 $89.98


【Geoorood】Geoorood Dog Grooming All-in-One Kit with Vacuum Brush 2.5L Large Po...
4.7 ★★★★★ | 164.0K sold
$93.98


**Meowant** ✔
Meowant SC01 57.6L Automatic Litter Box - Self-Cleaning Litter Box, Odor-Fre...
4.6 ★★★★★ | 12.9K sold
$269.90


**eufyOfficial** ✔
eufy C20 Omni Robot Vacuum, Robot Vacuum and Mop Combo, Self Emptying, Auto...
4.3 ★★★★★ | 5.0K sold
$699.99

**PETLIBRO-US** ✔
PETLIBRO Dockstream 2 Cat Water Fountain Cordless Battery Operated 3L 101oz...
4.6 ★★★★★ | 4.9K sold
-30% $20.99 $29.99


Lactomedi Foaming Wash - Gentle Microfoam for Sensitive Intimate Area, pH Balance,...
4.9 ★★★★★ | 1.3K sold
$12.99


Steambot Steam Cleaner With High Pressure Steam, 2L Large Water Tank, 30 Accessories...
4.4 ★★★★★ | 37.3K sold
⚡ Flash sale 02:42:20
$189.90


FEPPO Vacuum Sealer for Food with Visual Water Storage Tank, Handheld Saver Vacuu...
4.7 ★★★★★ | 21.4K sold
⚡ Flash sale 02:42:20
-66% $19.99 $57.99


**Tuft & Paw** ✔
Really Great Cat Litter - Tofu Litter, Flushable, 99% Dust-Free, Clumping
4.6 ★★★★★ | 6.3K sold
$29.00


Geoorood Cat Water Fountain – 304 Stainless Steel Top, 3.2L Large Capacity, Dual Flow...
4.7 ★★★★★ | 12.5K sold
⚡ Flash sale 02:42:19
-50% $24.98 $49.99


PrettyLitter Orig. Unscented
4.7 ★★★★★ | 3.5K sold
$29.99


**PetPivot** ✔
AutoScooper 11 PetPivot Cat Litter Box Pad, Waterproof & Scratch-Resistant Cat Liner,...
4.8 ★★★★★ | 15.9K sold
-44% $49.99 $89.99


Petcove Purrtek Lite | Safe Automatic Self Cleaning Cat Litter Box Auto Scooping w/...
4.4 ★★★★★ | 2.2K sold
$249.99


HOOMIC 65in Multi-Level Large Cat Tree Tower for Indoor Cats/Furniture Activity...
4.7 ★★★★★ | 3.1K sold
$169.99


Geoorood Dog Grooming Vacuum Kit with 13000Pa Suction Power & 2.2L Dust...
4.7 ★★★★★ | 22.6K sold
-54% $59.98 $129.98

Cat Odor-Off Concentrate Odor Eliminator – for Pet Urine Odor, Tomcat Spray, Feces on...
4.5 ★★★★★ | 8.0K sold
$28.94

**Meowant** ✔
Meowant SC09 Smart Automatic Large Self-Cleaning Cat Litter Box, 106L Extra-...
5.0 ★★★★★ | 204 sold
$369.99

**Meowant** ✔
Meowant SC02 75L Large Automatic Litter Box - Self-Cleaning Litter Boxes, APP...
4.5 ★★★★★ | 971 sold
$284.99

**Meowant** ✔

**Meowant** ✔

Captured by FireShot Pro: 17 June 2026, 05:19:48 PM
https://getfireshot.com

TITLE: FUMOI Smart Automatic Self-Cleaning Litter Box for Multiple Cats - APP Control, Safety Sensors, Odor-Lock Design, 10.5L Bin (2.4G WiFi Only) | Self-Cleaning Litter Boxes for Cat Owners, Automatic Litter Box - TikTok Shop
URL:
https://www.tiktok.com/view/product/1731907279527580545?_d=e25d8cc1mefb4l&_svg=3&checksum=eb4cfa48aa2152790636c943eb40aa1fc58...

DOMAIN: www.tiktok.com
DATE ACCESSED: 17 June 2026

Meowant Automatic Cat Litter Box - Self-Cleaning Litter Tray, Odor Removal, APP Control,...
4.5 ★★★★⯪ | 2.6K sold
$270.74

Meowant LB02 Stainless Steel Litter Box Enclosure - Extra-Large 3-in-1 Detachable...
4.7 ★★★★⯪ | 8.0K sold
-42% $98.99 $169.99

Captured by FireShot Pro: 17 June 2026, 05:19:48 PM
https://getfireshot.com